```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA  94965
Telephone:  (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al., </br></br>    Plaintiffs, </br></br>     vs. </br></br> TIMOTHY MOAK, et al., </br></br>    Defendants. | NO.  C 11 4620 MEJ </br></br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for December 29, 2011 be continued to March 29, 2012 at 10:00 a.m. to Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: December 21, 2011        _____
                                 Magistrate Judge Maria-Elena James

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE